UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CG & JS ENTERPRISES, LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO: 14-1322 |
| H & R BLOCK, INC., ET AL. | SECTION: "A" (1) |

## ORDER CANCELLING PRINCIPALS CONFERENCE

Counsel having informed the Court that their clients have elected to privately mediate this matter,

Accordingly;

**IT IS ORDERED** that that the principals' conference set for **Tuesday, September 29, 2015, at 9:30 a.m.** is **CANCELLED**;

**IT IS FURTHER ORDERED** that the follow-up status conference with the Court scheduled for **Thursday, October 8, 2015, at 10:00 a.m.** in chambers will remain set. If, however, the private mediation is scheduled to take place after October 8th, then counsel will notify the Court so that the status conference can be rescheduled for a date after the mediation.

\* \* \* \* \* \* \* \*

*[signature: Jay C. Zainey]*