UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CG & JS ENTERPRISES, LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO: 14-1322 |
| H & R BLOCK, INC., ET AL. | SECTION: "A" (1) |

## ORDER RESETTING CONFERENCE

The Court having been informed that the parties will privately mediate this matter on October 19, 2015,

Accordingly;

**IT IS ORDERED** that that the follow-up status conference with the Court scheduled for **Thursday, October 8, 2015, at 10:00 a.m.** is **RESET** for **Thursday, October 29, 2015, at 10:00 a.m.** in chambers.

\* \* \* \* \* \* \* \*