# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CG & JS ENTERPRISES, LLC, et al** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-1322-JCZ-SS** |
| **H&R BLOCK, INC.** | |

## ORDER

DEFENDANT'S MOTION TO COMPEL (Rec. doc. 44)

**RESET WITHOUT ORAL ARGUMENT**

IT IS ORDERED that: (1) the motion of defendant, H&R Block Tax Services, LLC ("Block Tax Services"), to compel (Rec. doc. 44) is RESET for submission on **Wednesday, November 4, 2015**, on briefs and without oral argument; and (2) the motion of the plaintiffs, CG & JS Enterprises, LLC, Christopher Gibbens and Johnny Shaw (collectively "Plaintiffs"), to continue (Rec. doc. 49) is GRANTED.

New Orleans, Louisiana, this 16th day of October, 2015.

_____
**SALLY SHUSHAN**
**U.S. Magistrate Judge**