UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CG & JS ENTERPRISES, LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO: 14-1322 |
| H & R BLOCK, INC., ET AL. | SECTION: "A" (1) |

### ORDER RESETTING CONFERENCE

Due to a conflict on the Court's docket,

Accordingly;

**IT IS ORDERED** that that the follow-up status conference with the Court scheduled for **Thursday, October 29, 2015, at 10:00 a.m.** is **RESET** for **Tuesday, November 10, 2015, at 9:45 a.m.** in chambers.

\* \* \* \* \* \* \* \*