UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CG & JS ENTERPRISES, LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO: 14-1322 |
| H & R BLOCK, INC., ET AL. | SECTION: "A" (1) |

## MINUTE ENTRY (JS-10: <u>10</u>)

On November 10, 2015, the Court held a status conference with the following counsel in attendance: Matthew Chenevert for Plaintiff; Brent Talbot for Defendant. The Court set the conference as a follow-up to the conference held on August 20, 2015. (Rec. Doc. 36).

At the conference counsel apprised the Court as to the status of the case. The case did not settle during the parties' private mediation held on October 19, 2015. The Court and counsel selected new trial and pretrial conference dates. A new scheduling order will be entered.

Accordingly;

**IT IS ORDERED** that the 3 day bench trial in this matter, currently set for **February 16, 2016**, is **CONTINUED** to **Tuesday, September 6, 2016, at 10:00 a.m.**;

**IT IS FURTHER ORDERED** that the pre-trial conference, currently set for **January 28, 2016**, is **RESET** for **Thursday, August 18, 2016, at 10:30 a.m.** in

chambers. Counsel shall prepare in accordance with the previously-issued pre-trial notice (Rec. Doc. 31-1);

**IT IS FURTHER ORDERED** that amendments to pleadings, third-party actions, cross claims, and counter claims shall be filed by **November 30, 2015**;

**IT IS FURTHER ORDERED** that depositions for trial use shall be taken and all discovery shall be completed no later than **July 18, 2016**;

**IT IS FURTHER ORDERED** that written reports of experts, as defined in Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiff shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **May 18, 2016**;

**IT IS FURTHER ORDERED** that written reports of experts, as defined in Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendant shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **June 20, 2016**;

**IT IS FURTHER ORDERED** that counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, and all exhibits that may or will be used, not later than **June 20, 2016**;

**IT IS FURTHER ORDERED** that all pre-trial motions, including dispositive motions and motions in limine regarding the admissibility of expert testimony, shall be timely filed under the Local Rules so as to allow submission to the Court no later than **June 29, 2016** . All other motions in limine shall be filed no later than **two weeks** before the pre-trial conference and responses thereto shall be filed no later than three working days

after receipt of the motion;

>**IT IS FURTHER ORDERED** that counsel for the parties are to contact the assigned magistrate judge for the scheduling of a settlement conference, said conference to take place no later than **July 29, 2016**.

\* \* \* \* \* \* \* \*        *[signature: Jay C. Zainey]*